# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160063(30)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DORIAN DELBERT-GERALD WILLIS,
    Defendant-Appellant.

SC: 160063
COA: 347549
Macomb CC: 2013-000091-FH

_____/

On order of the Court, the motion for reconsideration of this Court's February 4, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

VIVIANO, J., did not participate because he presided over this case in the circuit court at an earlier stage of the proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

a0518